UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN STEVEN SPISAK, | Case No. 3:12-cv-00588-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

The Court directed petitioner to show cause why this action should not be dismissed for petitioner's failure to exhaust his available state-court remedies. The Court also directed petitioner to file an amended petition. Order (dkt. no. 4). Petitioner then filed a writ of errata (dkt. no. 8) to the objection. Petitioner has filed a reply and objection (dkt. no. 10) and a writ of errata to the reply and objection (dkt. no. 9).[1]

These documents do not comply with the Court's order. First, petitioner does not address the Court's determination that the petition appears to be completely unexhausted. Petitioner's argument is rambling, but he appears to claim that his petition should be granted because the respondents have not filed a response within the time required by 28 U.S.C. § 2243. The Court has not ordered the respondents to respond.

---

[1] Petitioner also has filed a 214 page objection (dkt. no. 7) and errata (dkt. no. 8) to the minute order reassigning this action to the undersigned.

1  The Court reviewed the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.[2] The Court noticed a potential failure to exhaust, which the Court may address on its own motion, and gave petitioner the opportunity to address the defect. Petitioner has not taken the opportunity. Second, petitioner has not submitted to the Court an amended petition to correct two other defects. Even if the Court was incorrect about the apparent failure to exhaust, petitioner still has not presented any claims that are addressable in federal habeas corpus.

Reasonable jurists would not find the Court's conclusions, either on the failure to exhaust or the failure to present valid constitutional claims, to be debatable or wrong. The Court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice for petitioner's failure to exhaust his available state-court remedies. The Clerk of the Court shall enter judgment accordingly.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

DATED THIS 9th day of July 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[2] To the extent that petitioner is arguing that this is not a petition pursuant to 28 U.S.C. § 2254, he is incorrect. Petitioner is in custody pursuant to the judgment of a state court, and he is challenging the validity of that custody. Section 2254 is the applicable provision.