AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

JOHN SPISAK,

      Petitioner,　　　　　　JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER:  3:12-cv-00588-MMD-VPC

STATE OF NEVADA, *et al.*,

      Respondents.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for petitioner's failure to exhaust his available state-court remedies.

July 10, 2013　　　　　　　　　　　　　　　　　　**LANCE S. WILSON**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　/s/ K. Rusin
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk