UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN STEVEN SPISAK,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　Respondents. | Case No. 3:12-cv-00588-MMD-VPC<br><br>ORDER |

　　　　Petitioner had submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (dkt. no. 5). The Court directed petitioner to show cause why the action should not be dismissed, because it appeared that petitioner had not exhausted his available state-court remedies. Order (dkt. no. 4). Petitioner responded with documents that did not address the Court's concern. Instead, petitioner argued that the writ should be granted because the respondents had not responded within the required time. However, the Court never did direct respondents to respond because the Court noticed a potential defect on its own motion. The Court dismissed the action. Order (dkt. no. 12).

　　　　Now before the Court is petitioner's motion for reconsideration (dkt. no. 14). It contains 16 pages of citations to statutes, including treason, and summaries of court opinions. Again, petitioner does not address the apparent lack of exhaustion, let alone

how the Court erred in its ruling. There is no basis for the Court to reconsider its dismissal of the action.

IT IS THEREFORE ORDERED that petitioner's motion for reconsideration (dkt. no. 14) is DENIED.

DATED THIS 29th day of July 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE