UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN STEVEN SPISAK,<br><br>Petitioner,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Respondents. | Case No. 3:12-cv-00588-MMD-VPC<br><br>ORDER |

The Court denied petitioner's motion for reconsideration (dkt. no. 14) because he did not address the reason why the Court dismissed the action, which was his failure to exhaust his available state-court remedies. (Order, dkt. no. 15.) Petitioner now has submitted objections (dkt. no. 16) to the Court's order. Again, it contains nothing but irrelevant citations. To the extent that the objections are a motion, the Court denies it. Reasonable jurists would not find the Court's decision to be debatable or wrong, and the Court will not issue a certificate of appealability.

It is therefore ordered that petitioner's objections (dkt. no. 16) are denied.

It is further ordered that a certificate of appealability shall not issue.

DATED THIS 6th day of May 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE